**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

IN THE MATTER OF

| | | |
|---|---|---|
| **NAME(S):** | MOSSELLER, WILBUR BRAINERD | CHAPTER 13 NO. 10-40731 |
| | MOSSELLER, LORRAINE GIBSON | OUR FILE NO. 13275-WG |
| **ADDRESS:** | P.O. BOX 77 | |
| | LYNN, NC 28750 | |
| **SSN:** | --- -- 2637 & --- -- 5022 | |

**DEBTORS**
_____

**APPLICATION FOR ADDITIONAL BASE LEGAL FEE**

    **COME NOW** the above-named debtors, by and through their attorney of record, William S. Gardner, and respectfully move the Court for approval of a base legal fee of $4,000.00 and in connection herewith show unto the Court the following:

    1.    This case was commenced by the filing of a petition with the Clerk of this Court on August 31, 2010.

    2.    The venue of this case was and is in the Shelby Division.

    3.    The filing of this proceeding, in conjunction with subsequent and anticipated matters related to this filing, have and will result in expending numerous hours over and above the typical amount required to complete services normally contemplated in a Chapter 13 filing due to the nature of this case (i.e. business Chapter 13 filing). For these reasons the attorney for the debtors is now moving the court for approval of a base fee in the sum of $4,000.00.

    **WHEREFORE,** the attorney for the debtors respectfully prays of the Court as follows:

    1.    That the Court approve a base fee of $4,000.00; and

    2.    That movant have such other and further relief as the Court may deem just and proper.

Dated this 18th day of October 2010.

*/s/ William S. Gardner*
_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1644
e-mail: bgardner@maxgardner.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN THE MATTER OF

| | | |
|---|---|---|
| NAME(S): | MOSSELLER, WILBUR BRAINERD | CHAPTER 13 NO. 10-40731 |
| | MOSSELLER, LORRAINE GIBSON | OUR FILE NO. 13275-WG |
| ADDRESS: | P.O. BOX 77 | |
| | LYNN, NC 28750 | |
| SSN: | --- -- 2637 & --- -- 5022 | |

DEBTORS.
_____

NOTICE OF OPPORTUNITY FOR HEARING
ON ADDITIONAL BASE FEE APPLICATION

(No-Protest Notice:  No Hearing Will Be Held
Unless Request For Hearing Is Filed)

**PLEASE TAKE NOTICE** that the attorney for the debtors has moved the court for approval of a base fee of $4,000.00.

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>.  **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor(s) in their motion, or if you want the Court to consider your views on the motion, then on or before the **10th day of November 2010,** you or your attorney must do three (3) things:

1. **File with the court a written request for a hearing and a written response if you desire to file one at:**

   United States Bankruptcy Court
   Western District of North Carolina
   P.O. Box 34189
   Charlotte, NC 28234-4189

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   William S. Gardner
   Attorney for the Debtor(s)
   P.O. Box 1000
   Shelby, NC 28151-1000

   and to:

       Steven G. Tate
       Chapter 13 Trustee
       P.O. Box 1778
       Statesville, NC 28687-1778

3. **Attend the hearing scheduled for Friday, December 17, 2010, at 9:30 a.m.** in Courtroom Number 5 at the Cleveland County Courthouse and Law Enforcement Center, 100 Justice Place, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order grating that relief.

Dated this 18th day of October 2010.

*[signature]*

_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1644
e-mail: bgardner@maxgardner.com

# CERTIFICATE OF SERVICE

**WILLIAM S. GARDNER**, attorney for the debtors, hereby certifies to the Court as follows:
1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **APPLICATION FOR ADDITIONAL BASE LEGAL FEE AND NOTICE OF OPPORTUNITY FOR HEARING** on the following parties in interest via the Bankruptcy Court's Electronic Case Filing system as follows:

Steven G. Tate
Chapter 13 Trustee
P.O. Box 1778
Statesville, NC 28687-1778

Linda W. Simpson
Bankruptcy Administrator
402 W. Trade St., Room 200
Charlotte, NC 28202-1664

4. I have this day served a copy of the foregoing **APPLICATION FOR ADDITIONAL BASE LEGAL FEE AND NOTICE OF OPPORTUNITY FOR HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Wilbur Brainerd Mosseller Jr.
Lorraine Gibson Mosseller
P.O. Box 77
Lynn, NC 28750

5. I have also served copies of the **APPLICATION AND NOTICE** on all creditors listed on the master mailing matrix, a copy of which is attached hereto, in the same manner and method as described in paragraph number 3 above;
6. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
7. Service as outlined herein was made within the United States of America.

Dated this _____ day of October 2010.

_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1644
e-mail: bgardner@maxgardner.com

MATRIX ATTACHED HERETO AS EXHIBIT "A"

```
Label Matrix for local noticing          Carolina First Bank                       Shelby Division
0419-4                                   Ward and Smith, P.A.                      P.O. Box 34189
Case 10-40731                            c/o Lance P. Martin                       Charlotte, NC 28234-4189
Western District of North Carolina       BB&T Building, Suite 1403
Shelby                                   1 West Pack Square
Fri Oct 15 09:45:30 EDT 2010             Asheville, NC 28801-3401

Asheville Savings Bank                   BAC Home Loan Servicing                   Bank Of America
P.O. Box 652                             450 American St.                          P.O. Box 1390
Asheville, NC 28802-0652                 Simi Valley, CA  93065-6285               Norfolk, VA 23501-1390


Bank Of America Bankruptcy Dept.         Bank of America N.A.                      Carolina First Bank
Dept NC4-105-03-14                       Post Office Box 26012,NC4-105-02-99       104 S. Main St.
P.O. Box 26012                           Greensboro, NC 27420-6012                 Greenville, SC 29601-2711
Greensboro, NC 27420-6012


Edwin W. Bowden, Esq.                    Fia Card Services, NA As Successor In Intere    (p)FIRST CITIZENS BANK TRUST COMPANY
Bowden & Laws, PC                        Bank of America NA and Mbna America Bank        P O BOX 25187
119 Brookstown Ave., Suite 401           1000 Samoset Drive                              RALEIGH NC 27611-5187
Winston-Salem, NC 27101-5400             DE5-023-03-03
                                         Newark, DE 19713-6000


GE Money Bank                            GEMB - Care Credit                        GEMB - Lowes
Bankruptcy Dept.                         P.O. Box 981439                           P.O. Box 981064
P.O. Box 103104                          El Paso, TX  79998-1439                   El Paso, TX 79998-1064
Roswell, GA 30076-9104


(p)INTERNAL REVENUE SERVICE              NC Department Of Revenue                  NC Dept Of Revenue
CENTRALIZED INSOLVENCY OPERATIONS        P.O. Box 25000                            P.O. Box 1168
PO BOX 21126                             Raleigh, NC  27640-0002                   Raleigh, NC 27602-1168
PHILADELPHIA PA 19114-0326


North Carolina Department of Revenue     Polk County Clerk Of Court                Polk County Tax Collector
Bankruptcy Unit                          File 10-CVS-148                           P.O. Box 308
P.O. Box 1168                            P.O. Box 38                               Columbus, NC 28722-0308
Raleigh, NC 27602-1168                   Columbus, NC 28722-0038


U.S. Attorney's Office                   US Attorney's Office                      Ward & Smith, PA
Room 207 US Courthouse                   Suite 1700 Carillon Bldg                  BB&T Building, Suite 1403
100 Otis St.                             227 W. Trade St.                          1 West Pack Square
Asheville, NC 28801-2608                 Charlotte, NC 28202-1675                  Asheville, NC 28801-3401


Lorraine Gibson Mosseller                Steven G. Tate                            Wilbur Brainerd Mosseller Jr.
P.O. Box 77                              P.O. Box 1778                             P.O. Box 77
Lynn, NC 28750-0077                      Statesville, NC 28687-1778                Lynn, NC 28750-0077


William S. Gardner
Gardner Law Offices
PO Box 1000
Shelby, NC 28151-1000
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Citizens Bank<br>Attn: Roz Johnson Duty<br>POB 25187 DAC 36<br>Raleigh, NC 27611-5187 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27